# ATTACHMENT 1

Office of the
# Federal Public Defender
Districts of Colorado and Wyoming

**District of Wyoming**
214 W. Lincolnway, Suite 31A
Cheyenne, WY 82001
Phone: 307-772-2781
Fax: 307-772-2788

Virginia L. Grady, Federal Public Defender
Warren R. Williamson, First Assistant
Veronica S. Rossman, Senior Counsel
O. Dean Sanderford, Chief, Appeals
David Weiss, Wyoming Branch Supervisor

**District of Colorado**
633 17th Street, Suite 1000
Denver, CO 80202
Phone: 303-294-7002
Fax: 303-294-1192

April 3, 2019

Dr. Paul Krause
Federal Detention Center
9595 W. Quincy Ave.
Littleton, CO 80123

      Re:    **Ernesto Gonzalez-Gutierrez, Reg. No. 34837-279**

Dear Dr. Krause:

I represent Mr. Gonzalez-Gutierrez who is currently housed at the Federal Detention Center ("FDC"). Yesterday, Mr. Gonzalez-Gutierrez complained to me about severe stomach pain as well as blood in his stools. He has attempted to seek medical attention at the FDC, but nothing has been done. He needs a colonoscopy.

I am hoping that you can address this urgent matter quickly so that Mr. Gonzalez-Gutierrez can receive proper medical care.

Please contact me with any questions at 303-294-7002.

Sincerely,

MATTHEW C. GOLLA
Assistant Federal Public Defender

MCG:sbb

cc:    Warden, Richard Hudgins